8682159
SS

RAYMOND F. MOATS, III, ESQ.
(State Bar No. 165199)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
175 South Third Street, Suite 900
Columbus, OH 43215
Telephone: (614) 857-4325
Facsimile: (614) 222-2193

Attorney for Movant
Sterling, Inc., dba Kay Jewelers

OCT 28 2010

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re

Elena A. Loucks,

                    Debtor(s).

Case No. 10-16798-LT13

Chapter 13

**DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Hon. Laura S. Taylor

I, Pamela Fairley, declare as follows:

1. I am a Bankruptcy Specialist for Sterling, Inc., dba Kay Jewelers ("Objecting Creditor") herein, and I am authorized to make the following declaration.

2. I am one of the custodians of the books, records and files of Objecting Creditor as to those books, records, and files that pertain to loans, leases and extensions of credit given to Debtor concerning the Collateral herein. I have worked on Objecting Creditor's books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Objecting Creditor on behalf of Objecting Creditor, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Objecting Creditor's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Objecting Creditor by a person who had personal knowledge of the event being recorded and had or has a business duty to accurately record such. I am personally responsible for the handling all of collection activity in

Declaration in Support of Motion for Relief from Stay - 1

connection with the account of Debtor and I have reviewed Movant's books and records in connection with this matter. I have knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

3. Debtor entered into a Security Agreement ("Contract") with Movant to purchase Miscellaneous Jewelry ("Collateral") on August 9, 2010. A true and correct copy of the Contract is attached hereto as Exhibit "A".

4. Objecting Creditor holds a purchase money security interest in the Collateral.

5. As of the date of the filing of this Motion, Debtor was indebted to Objecting Creditor under the terms of the Contract in the sum of $7,486.03.

6. Debtor defaulted on the Contract by failing to maintain monthly payments to Objecting Creditor.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

_Pamela Farley_ (Signature)

Name: _Pamela Farley_

Title: _Bankruptcy Analyst_

Declaration in Support of Motion for Relief from Stay - 2

# KAY JEWELERS
### Every kiss begins with Kay®
kay.com

MEMBER OF
DIAMOND COUNCIL of AMERICA


| ESP | SKU NUMBER | DISC. | SOLD FOR |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**PAYMENT PROTECTION PLAN**
BY ELECTING OPTIONAL PAYMENT PROTECTION PLAN INSURANCE, I ACKNOWLEDGE THAT: I DO NOT NEED TO PURCHASE THIS INSURANCE TO GET CREDIT AND I CAN GET SIMILAR COVERAGE, INCLUDING PROPERTY COVERAGE FROM ANY INSURER I CHOOSE. PAYMENT PROTECTION PLAN INCLUDES CREDIT LIFE, DISABILITY, INVOLUNTARY UNEMPLOYMENT, PROPERTY, JOB RETRAINING AND LEAVE OF ABSENCE TO THE EXTENT AVAILABLE IN MY STATE AS DESCRIBED IN THE SUMMARY OF INSURANCE COVERAGES*. I READ AND I MEET THE ELIGIBILITY REQUIREMENTS SHOWN IN THE SUMMARY OF INSURANCE COVERAGES*. MONTHLY PREMIUM CHARGES ARE BASED ON THE ACCOUNT BALANCE AND THE RATE SHOWN. I WILL RECEIVE NOTICE OF ANY RATE INCREASE. I MAY CANCEL ANY TIME.
*PLEASE SEE THE SUMMARY OF INSURANCE COVERAGES PROVIDED ON THE REVERSE SIDE.

YES, PLEASE ENROLL ME IN PAYMENT PROTECTION PLAN CREDIT INSURANCE
SIGNATURE ___  DATE OF BIRTH ___  DATE ___
NO, DO NOT ENROLL ME IN PAYMENT PROTECTION PLAN CREDIT INSURANCE
SIGNATURE ___  DATE ___
N1990-0299                                          NonStd ID #19

**AUTHORIZATION CODES** ___
**SECURITY AGREEMENT**
BUYER AGREES THAT IF THERE IS AN AMOUNT CHARGED TO KAY® JEWELERS REVOLVING CHARGE SHOWN ABOVE:
1. SELLER HEREBY RETAINS A SECURITY INTEREST IN THE GOODS DESCRIBED ABOVE (EXCEPT IN CT, MO (ON ANY PURCHASE UNDER $150) AND MY (ON ANY PURCHASE UNDER $200)) UNTIL THE UNPAID BALANCE OF SUCH GOODS IS FULLY PAID AND IT IS EXPRESSLY AGREED AND UNDERSTOOD THAT, IN THE EVENT OF DEFAULT SELLER SHALL BE ENTITLED TO POSSESSION OF THE GOODS AND/OR THE ENTIRE UNPAID BALANCE SHALL BECOME DUE AND PAYABLE IN THE MANNER AND TO THE EXTENT PERMITTED BY APPLICABLE LAW
2. IN ADDITION THE TERMS OF THE KAY® JEWELERS RETAIL INSTALLMENT CREDIT AGREEMENT SIGNED BY BUYER PREVIOUSLY SHALL ALSO GOVERN THIS PURCHASE AND ALL THE TERMS AND CONDITIONS OF THAT AGREEMENT ARE INCORPORATED IN AND SHALL BE A PART OF THIS SECURITY AGREEMENT

KAY® JEWELERS
P.O. BOX 3680, AKRON, OHIO 44398-9914

BUYER'S SIGNATURE ___ DATE ___ CO-BUYER ___ DATE ___
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**RETURN INFORMATION**

| ORIGINAL SALES SLIP | ORIGINAL DATE | ORIGINAL SALESPERSON |
|---|---|---|
| REASON FOR RETURN |  | MANAGER SIGNATURE |
| CUSTOMER SIGNATURE |  |  |

RECEIPT MUST ACCOMPANY ALL EXCHANGES / REFUNDS.
SEE BACK FOR REFUND INFORMATION.
02/09
(P-R:02/09) 048400

---

```
              T H A N K    Y O U
              08/09/10    19:26

Customer Name: ELENA LOUCKS
LO              N    PURCHASES/RETURNS
  Dpt Sku      Dsc      Retail      Sold
1  1 940172012 ADV     3799.00    2819.99
Guarantee #3137-5637
14KG BRIDAL SET
1  800 940172012        0.00       169.99
 ESP       2819.99
1  1 940172024 ADV     3600.00    2680.00
Guarantee #3137-5645
14KG BRIDAL SET
1  800 940172024        0.00       169.99
 ESP       2680.00
1  1 191185909 ADV     1149.00     976.65
Guarantee #3137-5652
14KG DIAMOND EARRINGS
1  800 181185909        0.00        94.99
 ESP        976.65
1  5 451463006 ADV       5.99        0.00
JEWELRY CARE PROD
   434.97NT   6476.64T  SUBTOT   6911.61
              SALES TAX  8.75%     566.71
              TOTAL                7478.32
PPP=Y   TOTAL DOWN PAYMENT         0.00
Payment Protection Plan Rate Is
       $1.0690 per $100
#XXXXXX6244 REG CREDIT PLAN      7478.32
 ESP NAME ELENA LOUCKS
SLSPRSN 808040 TAX TYPE 1 STANDARD
YOU MAY RETURN YOUR PURCHASE WITHIN 60
DAYS OR EXCHANGE WITHIN 90 DAYS. WATCHES
CAN BE EXCHANGED OR RETURNED WITHIN 30
DAYS. MUST BE UNWORN AND UNALTERED WITH
ORIGINAL PACKAGING, INSTRUCTION, AND
WARRANTY DOCUMENTS. CUSTOM DESIGNED
JEWELRY AND SPECIAL ORDERED WATCHES
```


EXHIBIT A

Date: 08/09/2010
Type: CHARGE
Last Name: LOUCKS
First Initial: E

[Buttons: Slip Image, Related Slips, Customer, Warranty, UWP, LT Battery, Print, Exit]

```
              08/09/2010  19:26

                                        [redacted]

SLSPRSN 808040
1 800 940172024            0.00      169.99
  ESP       2680.00
SLSPRSN 808040
1 001 181185909 ADV     1149.00      976.65
GUARANTEE #3137-5652
  14WG DIAMOND EARRINGS
SLSPRSN 808040
1 800 181185909            0.00       94.99
  ESP        976.65
SLSPRSN 808040
1 005 451463006 ADV        5.99        0.00
  JEWELRY CARE PROD
SLSPRSN 808040
                         SUBTOT     6911.61
           SALES TAX  8.7500         566.71
                TOTAL               7478.32
 PPP=Y  TOTAL DOWN PAYMENT             0.00
 PPP SP 808040
# ******6244 REG   CREDIT PLAN      7478.32
    CREDIT AUTHORIZATION AA007590
SLSPRSN 808040
```

Production Database | DCURTIN | sisdb