# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | ELENA ABAN LOUCKS |
| **Case Number:** | 10-16798-LT13     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 23, 2011 02:00 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) STERLING, INC.'S OBJECTION TO CONFIRMATION OF PLAN

2) JPMORGAN CHASE BANK'S OBJECTION TO CONFIRMATION OF PLAN

### Appearances:

RICHARD STEVENSON, ATTORNEY FOR TRUSTEE SKELTON
DAVID A. ST. JOHN, ATTORNEY FOR ELENA ABAN LOUCKS
RUSS BOLIN, ATTORNEY FOR STERLING, INC.
ERIN LANEY, ATTORNEY FOR JP MORGAN CHASE

### Disposition:

1&2) Hearing Continued to 4/5 at 11:00 D-3 to file a modified plan.