DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006  FAX (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST F STREET, SAN DIEGO CA 92101-6991

In Re:

ELENA ABAN LOUCKS

Debtor.

Case No. 10-16798-LT13

Hearing Date: April 5, 2011
Time: 11:00 AM
Dept: 3

### TRUSTEE'S STATEMENT OF CASE STATUS

Pending resolution of the following issues, objections remain:

1. Trustee has not received any due diligence documents with case pending since September 2010. (see Trustee objection, docket no. 22)

2. Auto installment in Schedule J while vehicle is not excluded or otherwise provided for in plan

3. Trustee requires provision for turnover of nonexempt proceeds recovered from contingent claims against mortgage creditors with annual status updates; copies of tax returns annually for purpose of monitoring disposable income for trustee modified plan; provision for turnover of tax refunds annually

4. Chase listed in paragraph 9 with no installment or arrears amounts. Creditor has objected--payment will need to increase

5. Modified plan required.

6. Case should be dismissed for prejudicial delay.

DATE: March 25, 2011

/s/ Rebecca E. Pennington
Attorney for David L. Skelton, Trustee